

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00010-CV

Marcos **MORALES**,
Appellant

v.

**EGZ, LLC**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0298
Honorable Bill Squires, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: July 7, 2021

APPEAL DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on April 26, 2021. Appellant was granted one extension of time, until June 4, 2021. Neither the brief nor a motion for extension of time was filed. On June 15, 2021, this court ordered appellant to file, no later than June 28, 2021, his brief and a written response reasonably explaining (1) his failure to timely file the brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if he failed to file a brief and the written response by June 28, 2021, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP.

P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order). Appellant has not responded to our order; therefore, this appeal is dismissed for want of prosecution. All pending motions are denied as moot.

PER CURIAM